**FILED**
March 30, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )   Case No. 2:06-mj-97 KJM
              Plaintiff,                 )
v.                                       )   ORDER FOR RELEASE OF
                                         )   PERSON IN CUSTODY
Neal Francis Brady,                      )
                                         )
_____          )
              Defendant.

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Neal Francis Brady</u> Case No. <u>2:06-mj-97 KJM</u>

_ from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    X    $65,000 Unsecured Appearance Bond to be replaced with appearance bond secured by full equity in real property, not less than $65,000, within 2 weeks

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    X    (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>3/30/06</u> at <u>3:40 p.m.</u>

By _____
    Kimberly J. Mueller
    United States Magistrate Judge