DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NEAL FRANCIS BRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>           Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> NEAL FRANCIS BRADY, ) <br> ) <br>           Defendant. ) <br> _____ ) | No. Cr. S. 06-127-GEB <br><br> STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE AND SET DATES FOR MOTION TO SUPRESS AS TO <u>MR. BRADY</u> ONLY <br><br> Date:  August 11, 2006 <br> Time:  9:00 <br> Judge: Hon. Garland E. Burrell, Jr. |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing set for July 7, 2006 be continued to August 11, 2006 for a non-evidentiary hearing on defendant Brady's motion to suppress.  Counsel request that the status conference be continued for defendant Brady

1  only, and that defendant Tanko be left on calendar for July 7, 2006.
2      The parties request the following dates for the filing of
3  defendant Brady's motion to suppress:
4      Defendant's motion to suppress to be filed on July 7, 2006;
5      Government's opposition to be filed on July 28, 2006;
6      Defendant's reply to be filed on August 4, 2006;
7      Non-Evidentiary hearing on August 11, 2006.
8      The parties agree that the ends of justice to be served by a
9  continuance outweigh the best interests of the public and the defendant
10 in a speedy trial and that time under the Speedy Trial Act may be
11 excluded from the date of this order through August 11, 2006, pursuant
12 to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).
13 //
14 //

1 Time should also be excluded during that period of time for the
2 preparation and pendency of pretrial motions, under 18 U.S.C. §
3 3161(h)(1)(F) and Local Code E.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


DATED: June 15, 2006        /s/ RACHELLE BARBOUR
                            RACHELLE BARBOUR
                            Assistant Federal Defender
                            Attorney for Defendant
                            NEIL FRANCIS BRADY

                            McGREGOR SCOTT
                            United States Attorney


DATED: June 15, 2006        /s/ RACHELLE BARBOUR for
                            ELLEN ENDRIZZI
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** The status conference hearing as to Mr. Brady is now continued to August 11, 2006 for a non-evidentiary hearing on the motion to suppress. The other dates are adopted. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4, and also for the pendency of pretrial motions under 18 U.S.C. § 3161(h)(1)(F) and Local Code E.

Dated:  June 19, 2006

                            /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
                            United States District Judge