DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NEAL FRANCIS BRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 06-127-GEB |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER TO CONTINUE NON-EVIDENTIARY HEARING ON MOTION TO SUPPRESS AS TO <u>MR. BRADY</u> ONLY |
| NEAL FRANCIS BRADY, | |
| Defendant. | Date: August 25, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the motions hearing set for August 11, 2006 be continued to August 25, 2006.  Mr. Brady will file his reply brief on August 18, 2006.  Co-defendant Tanko's status conference should be kept on August 11, 2006.

The parties agree that the ends of justice to be served by a

1 continuance outweigh the best interests of the public and the defendant
2 in a speedy trial and that time under the Speedy Trial Act may be
3 excluded from the date of this order through August 11, 2006, pursuant
4 to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

5     Time should also be excluded during that period of time for the
6 preparation and pendency of pretrial motions, under 18 U.S.C. §
7 3161(h)(1)(F) and Local Code E.

```
                                 Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


DATED: August 3, 2006            /s/ RACHELLE BARBOUR
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 NEIL FRANCIS BRADY

                                 McGREGOR SCOTT
                                 United States Attorney


DATED: August 3, 2006            /s/ RACHELLE BARBOUR for
                                 ELLEN ENDRIZZI
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated:  August 8, 2006

```
                                 /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge
```

-2-