```
DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NEAL FRANCIS BRADY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 06-127-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER TO |
| v. ) | CONTINUE STATUS CONFERENCE |
| ) | |
| NEAL FRANCIS BRADY, ) | |
| ) | Date: October 6, 2006 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference set for September 15, 2006 be continued to October 6, 2006.

This continuance is requested because the probation office is checking on Mr. Brady's criminal history in order to facilitate a plea in this case.

The parties agree that the ends of justice to be served by a

continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through October 6, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: September 15, 2006    /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        NEIL FRANCIS BRADY

                                        McGREGOR SCOTT
                                        United States Attorney


DATED: September 15, 2006    /s/ RACHELLE BARBOUR for
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:  September 14, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge