```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    NEAL FRANCIS BRADY
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,      )  No. CR.S. 06-127-GEB
                                   )
13             Plaintiff,          )  MOTION TO EXONERATE BOND AND RELEASE
                                   )  PASSPORT; ORDER (PROPOSED)
14        v.                       )
                                   )
15  NEAL FRANCIS BRADY,            )  (No hearing requested)
                                   )
16             Defendant.          )
                                   )  Judge: Hon. Garland E. Burrell Jr.
17  _____  )

18
```

On May 5, 2006, the court received a "Justification of Surety" by Sylvia Brady as she posted her property for bond of the above defendant in the amount of $65,000. On October 6, 2006, the defendant pled guilty. He was sentenced on January 12, 2007 to 37 months in the custody of the Bureau of Prisons.

On February 23, 2007, Mr. Brady self-surrendered to FCI Lompoc and is now in the custody of the Bureau of Prisons. Because he is now in custody, he asks that the justification of surety securing his release be exonerated and that the real property securing the bond be immediately reconveyed. He also asks that his passport be released by the clerk's

1 office to defense counsel who will provide it to his family.

2    A proposed order follows for the Court's convenience.

3 Dated:  February 27, 2007

4                                        Respectfully submitted,

5                                        DANIEL J. BRODERICK
                                         Federal Defender
6

7                                        /s/ Rachelle Barbour
                                         _____
8                                        RACHELLE BARBOUR
                                         Assistant Federal Defender
9                                        Attorney for NEAL FRANCIS BRADY

10

11                            **O R D E R**

12    The property bond posted in the form of a "justification of

13 surety" on behalf of Mr. Brady in the United States District Court for

14 the Eastern District of California is hereby ordered EXONERATED and the

15 Clerk of the Court is ordered to execute and file a reconveyance of the

16 property.  Said reconveyance should be mailed to Sylvia Brady at P.O.

17 Box 1584, Kings Hill, VI 00851.  The Clerk is also ordered to release

18 Mr. Brady's passport to defense counsel who will provide it to Mr.

19 Brady's family.

20 Dated:  February 28, 2007

21

22                                  _____
                                    GARLAND E. BURRELL, JR.
23                                  United States District Judge

2