FILED
March 12, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )     Case No. 2:06-cr-00127-GEB
         Plaintiff,                  )
v.                                   )
                                     )     ORDER FOR RELEASE OF
NEAL FRANCIS BRADY,                  )     PERSON IN CUSTODY
                                     )
         Defendant.                  )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NEAL FRANCIS BRADY, Case No. 2:06-cr-00127-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

_____   Bail Posted in the Sum of: $

        _____   Co-Signed Unsecured Appearance Bond

        _____   Secured Appearance Bond

__X__   (Other) Conditions as stated on the record.

_____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 3/12/2012 at 3:04 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge