**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                              RE:    **Neal Francis BRADY
                                          Docket Number: 2:06CR00127-02
                                          REQUEST TO WITHDRAW PETITION**

Your Honor:

It is respectfully requested that the petition filed on March 1, 2012, on the above-named releasee be dismissed and taken off the Court's calendar of June 1, 2012, at 9 a.m.

On March 1, 2012, the Court ordered issuance of a bench warrant in response to the offender's violation of Supervised Release. The releasee was arrested on the warrant on March 6, 2012, and made an initial appearance before the magistrate judge who ordered him detained. The matter was continued to March 12, 2012, for bail review, at which time the Magistrate Judge released the releasee at the request of both counsels with a modification to his conditions of release to include electronic monitoring. On March 13, 2012, the releasee began electronic monitoring.

On March 26, 2012, the offender reported he had secured employment with Corinthian International Parking Services working Monday through Friday, noon to 8:30 p.m.

The pending violation petition consists of two charges, a new law violation and possession of a controlled substance. Details of the offense reflect that on February 23, 2012, the offender was arrested by Sacramento Police Department officers and charged with a violation of California Health and Safety Code § 11350 - Possession of a Controlled Substance. The offender was contacted by Sacramento Police Department officers and inside his vehicle officers located what turned out to be .002 grams of a residue which officers field tested and found to be positive for cocaine. However, when the residue was forwarded to the Sacramento County Forensic Services Laboratory, there was less than the amount needed for analysis. The charges against the offender on the state level have

**RE:     Neal Francis BRADY**
**Docket Number:   2:06CR00127-02**
**<u>REQUEST TO WITHDRAW PETITION</u>**


been dismissed based on lack of evidence. Because of such, there appears to be evidentiary issues should this violation petition continue forward.

The undersigned has conferred with both the Assistant United States Attorney and defense counsel in this case, and all parties are in agreement that the dismissal of this petition is the proper recommendation to the Court.  Additionally, the releasee has been in full compliance with his supervision obligations since arrest, continues to maintain compliance with his electronic monitoring obligations, and is gainfully employed.  Therefore, the probation office recommends that the present petition be dismissed and this case be taken off the Court's calendar of June 1, 2012, at 9 a.m.

                              Respectfully submitted,

                              /s/ Glenn P. Simon

                            **GLENN P. SIMON**
                            **Senior United States Probation Officer**

Dated:       May 29, 2012
              Sacramento, California
              GPS:cd


**REVIEWED BY:**       /s/ Michael A. Sipe
                          **MICHAEL A. SIPE**
                          **Supervising United States Probation Officer**

cc:   Paul Hemesath
      Assistant United States Attorney

      Rachele Barbour
      Assistant Federal Defender

**RE:   Neal Francis BRADY**
        **Docket Number:   2:06CR00127-02**
        **REQUEST TO WITHDRAW PETITION**

---

AGREE: ___X_____            DISAGREE: _____

Dated:  May 29, 2012

_/s/ Garland E. Burrell, Jr._
GARLAND E. BURRELL, JR.
United States District Judge